USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

SHAWN YOUNG,
                        Defendant.
-------------------------------------------------------------X

**ORDER**

06 **CR.** 495 (RMB)

      A conference will be held in this matter at 12:00 noon on November 25, 2019 (500 Pearl Street, Courtroom 17B). Counsel for the Government and for Mr. Young are directed to appear for the conference. Defendant's appearance is not required.

Dated: New York, New York
       November 18, 2019

_____
**RICHARD M. BERMAN, U.S.D.J.**