AO 247 (SDNY Rev. 07/19) Order Regarding Motion for Sentence Reduction Pursuant to First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(B)

Page 1 of 2 (Page 2 Not for Public

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/19

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America
v.
Shawn Young

Case No: 06 cr 495

USM No: 59143-054

Date of Original Judgment: 04/28/2009
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Jennifer Brown
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(1)(B)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court for a reduction in sentence based on the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222 (2018), a statute that expressly permits modification of an imposed term of imprisonment, and having considered such motion under 18 U.S.C. § 3582(c)(1)(B), and having taken into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] DENIED and [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of (16 years) 192 months **is reduced to** time served on Count One and 192 months on Count Two.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

In light of the factors at 18 U.S.C. § 3553(a), including Defendant's (good) conduct over the last 13 years, his progress and enhanced motivation and his accomplishments while incarcerated, the Court is exercising its discretion in two ways. First, the Court exercises its discretion to reduce Young's sentence on Count One to the time he has already served.
Second, the Court exercises its discretion to recommend - - as of today - - to the Bureau of Prisons that the Defendant be placed in a Residential Reentry Center or home confinement **as soon as practicable**.
Defense counsel is directed to forward a copy of this Order forthwith to the Bureau of Prisons.

Except as otherwise provided, all provisions of the judgment dated April 27, 2009 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 12/11/19

*Judge's signature:* RMB

Effective Date: _____
*(if different from order date)*

Richard M. Berman, U.S.D.J., S.D.N.Y.
*Printed name and title*