**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                    **ORDER**

        -against-                             06 **CR.** 495 (RMB)

SHAWN YOUNG,

                         Defendant.
------------------------------------------------------------X

       This case has been remanded for resentencing with respect to the term of supervised release imposed on Count One (currently 10 years) pursuant to the Second Circuit Court of Appeals Decision issued on May 19, 2021.

       Counsel for the Defendant may make a written submission by June 3, 2021. Counsel for the Government may respond by June 10, 2021. Please also advise if resentencing by teleconference is agreeable.

       Resentencing re: supervised release is scheduled for July 15, 2021 at 10:30 am.

Dated: New York, New York
       May 24, 2021

                                                          _____
                                                      **RICHARD M. BERMAN, U.S.D.J.**