**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
            Government,             :       06 CR. 495 (RMB)
                                           :
   - against -                           :       **ORDER**
                                           :
SHAWN YOUNG,                               :
            Defendant.              :
------------------------------------------------------------x

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, January 25, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0495

Dated: January 19, 2022
       New York, NY

                                            */s/ Richard M. Berman*
                                       **RICHARD M. BERMAN**
                                             U.S.D.J.