UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :     06 CR. 495 (RMB)
                                         :
     - against -                         :     **ORDER**
                                         :
SHAWN YOUNG,                             :
                Defendant.      :
---------------------------------------------------------------x

     In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, April 28, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 0495

Dated: April 20, 2022
       New York, NY

                                                **RICHARD M. BERMAN**
                                                U.S.D.J.