UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                 Government,     :     06 CR. 495 (RMB)
                                         :
      - against -                       :     **ORDER**
                                         :
SHAWN YOUNG,                             :
                 Defendant.      :
------------------------------------------------------------x

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, August 24, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0495

Dated: August 16, 2022
       New York, NY

                                               _____
                                               **RICHARD M. BERMAN**
                                                      U.S.D.J.