**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Government,

                                                                06 CR. 495 (RMB)

        -against-
                                                                **ORDER**

SHAWN YOUNG,
                        Defendant.
------------------------------------------------------------X


        The supervised release hearing previously scheduled for Tuesday, November 15, 2022 at

9:00 AM is hereby rescheduled to Wednesday, November 9, 2022 at 9:00 AM.

        In light of the continuing COVID-19 pandemic, the proceeding is being held

telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information to access the audio of the proceeding:

        Dial-in Number: (646) 453-4442
        Conference ID: 634 173 191#


Dated: November 2, 2022
        New York, NY



                                                _____
                                                        RICHARD M. BERMAN
                                                        U.S.D.J.